**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **US BANK NATIONAL ASSOCIATION,** | ) )  ) |
| **Plaintiff,** | ) ) |
| vs. | ) ) Case No.: **3:11-cv-00933-MJR-PMF** |
| **JASON SCHUEREN,** *et al.* | ) ) ) |
| **Defendants.** | ) |

**ORDER**

**FRAZIER, Magistrate Judge:**

For good cause shown, the plaintiff is authorized to engage in debt collection communications with the United States and other third parties for purposes of this litigation. *See* 15 U.S.C. § 1692c(b).

**IT IS SO ORDERED.**

**DATED: January 18, 2012.**

*/s/ Philip M. Frazier*
**PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE**